Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−17290−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Noel M. Young
aka Noel M Mlinarevich
222 Woodbine Drive
Marlton, NJ 08053

Todd M. Young
222 Woodbine Drive
Marlton, NJ 08053

Social Security No.:
xxx−xx−1666

xxx−xx−3662

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 14, 2019.

On 10/4/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             November 10, 2021
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 5, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Noel M. Young  
Todd M. Young  
    Debtors

Case No. 19-17290-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 185 | Total Noticed: 41 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Noel M. Young, Todd M. Young, 222 Woodbine Drive, Marlton, NJ 08053-2448 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518174530 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518212184 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518174531 | + | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518174539 | + | L.L. Bean Mastercard/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518251382 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518174542 | + | Suntrust Bank, d/b/a Lightstream, 303 Peachtreet Street NE, Atlanta, GA 30308-3245 |
| 518174548 | + | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518174533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 20:46:02 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518174532 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 20:46:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518245234 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 05 2021 20:45:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518308141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 20:46:02 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518174534 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2021 20:32:00 | Comenity Bank/Overstock, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518174535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2021 20:32:00 | Comenity Bank/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518174537 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 05 2021 20:32:00 | Freedom Financial, 4940 S. Wendler Dr. Suite 210, Tempe, AZ 85282 |
| 518212268 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 05 2021 20:32:00 | Freedom Financial Asset Management LLC, PO Box 2340, Phoenix, AZ 85002 |
| 518174538 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 05 2021 20:32:00 | Freedom Plus, 1875 S. Grant Street, Suite 400, San Mateo, CA 94402 |
| 518174536 | + | Email/Text: bankruptcynotices@fifsg.com | | |

Case 19-17290-ABA  Doc 33  Filed 10/07/21  Entered 10/08/21 00:11:48  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 185 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | Oct 05 2021 20:32:00 | First Investors Financial, 380 Interstate North Parkway, Atlanta, GA 30339-2222 |
| 518311653 | + Email/Text: bankruptcynotices@fifsg.com | Oct 05 2021 20:32:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 518380578 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 20:45:47 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518380579 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2021 20:45:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518174540 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2021 20:32:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518305125 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2021 20:32:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518307992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 20:46:01 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518307190 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 20:45:53 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518307185 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 20:45:47 | Portfolio Recovery Associates, LLC, c/o Athleta, POB 41067, Norfolk VA 23541 |
| 518307973 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 20:45:47 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518307961 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 20:45:47 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518290307 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2021 20:32:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518296158 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2021 20:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518174541 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2021 20:32:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518174543 | + Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:45:52 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518174544 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:46:00 | SYNCB/Athleta, PO Box 965036, Orlando, FL 32896-5036 |
| 518174546 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:45:53 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 518174545 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:46:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518174547 | + Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:45:46 | Syncb/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518177278 | + Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 20:45:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B. Finberg | on behalf of Joint Debtor Todd M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Noel M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8