Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−17290−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Noel M. Young<br>aka Noel M Mlinarevich<br>222 Woodbine Drive<br>Marlton, NJ 08053 | Todd M. Young<br>222 Woodbine Drive<br>Marlton, NJ 08053 |

Social Security No.:
   xxx−xx−1666                                              xxx−xx−3662

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 10, 2021.

Dated: November 10, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-17290-ABA |
|---|---|
| Noel M. Young | Chapter 13 |
| Todd M. Young | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Noel M. Young, Todd M. Young, 222 Woodbine Drive, Marlton, NJ 08053-2448 |
| aty | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| lm | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 518174530 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518212184 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518174531 | + | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518174542 | + | Suntrust Bank, d/b/a Lightstream, 303 Peachtreet Street NE, Atlanta, GA 30308-3245 |
| 518174548 | + | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2021 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2021 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518174533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 20:46:04 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518174532 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 20:46:11 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518245234 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 20:46:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518308141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 20:46:13 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518174534 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | Comenity Bank/Overstock, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518174535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 20:38:00 | Comenity Bank/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518174537 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 10 2021 20:37:00 | Freedom Financial, 4940 S. Wendler Dr. Suite 210, Tempe, AZ 85282 |
| 518212268 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 10 2021 20:37:00 | Freedom Financial Asset Management LLC, PO Box 2340, Phoenix, AZ 85002 |
| 518174538 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 10 2021 20:37:00 | Freedom Plus, 1875 S. Grant Street, Suite 400, San Mateo, CA 94402 |
| 518174536 | + | Email/Text: bankruptcynotices@fifsg.com | | |

Case 19-17290-ABA   Doc 40   Filed 11/12/21   Entered 11/13/21 00:15:50   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: plncf13 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518311653 | + | Email/Text: bankruptcynotices@fifsg.com | Nov 10 2021 20:38:00 | First Investors Financial, 380 Interstate North Parkway, Atlanta, GA 30339-2222 |
| | | | Nov 10 2021 20:38:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 518174539 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 20:46:04 | L.L. Bean Mastercard/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518380578 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:13 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518380579 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:03 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518174540 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 20:37:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518305125 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 20:37:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518307992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:20 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518307190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:02 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518307185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:21 | Portfolio Recovery Associates, LLC, c/o Athleta, POB 41067, Norfolk VA 23541 |
| 518307973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:13 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518307961 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:02 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518290307 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2021 20:38:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518296158 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518174541 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2021 20:38:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518174543 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:01 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518174544 | | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:11 | SYNCB/Athleta, PO Box 965036, Orlando, FL 32896-5036 |
| 518174546 | | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:09 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 518251382 | + | Email/Text: bankruptcy@bbandt.com | Nov 10 2021 20:38:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518174545 | | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:11 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518174547 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:11 | Syncb/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518177278 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 20:46:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Joint Debtor Todd M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Noel M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Noel M. Young joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Joni L. Gray | on behalf of Joint Debtor Todd M. Young joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10