Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−17290−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noel M. Young                                  Todd M. Young
   aka Noel M Mlinarevich                   222 Woodbine Drive
   222 Woodbine Drive                        Marlton, NJ 08053
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−1666                                    xxx−xx−3662

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Noel M. Young and Todd M. Young</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: May 6, 2022
JAN: def

                                                     <u>Jeanne Naughton, Clerk</u>