| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Noel M. Young<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1666<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Todd M. Young<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3662<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–17290–ABA | | |

## Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Noel M. Young                                           Todd M. Young
aka Noel M Mlinarevich

6/8/22                                                  **By the court:**   Andrew B. Altenburg Jr.
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17290-ABA |
| Noel M. Young | Chapter 13 |
| Todd M. Young | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Noel M. Young, Todd M. Young, 222 Woodbine Drive, Marlton, NJ 08053-2448 |
| aty | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2022 20:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 518174530 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 20:49:33 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518212184 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 20:49:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518174531 | ^ | MEBN | Jun 08 2022 20:44:26 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518174533 | + | EDI: CITICORP.COM | Jun 09 2022 00:43:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518174532 | + | EDI: CAPITALONE.COM | Jun 09 2022 00:43:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518245234 | + | EDI: AIS.COM | Jun 09 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518308141 | + | EDI: CITICORP.COM | Jun 09 2022 00:43:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518174534 | | EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenity Bank/Overstock, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518174535 | + | EDI: WFNNB.COM | Jun 09 2022 00:43:00 | Comenity Bank/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 518174537 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2022 20:47:00 | Freedom Financial, 4940 S. Wendler Dr. Suite |

Case 19-17290-ABA    Doc 53    Filed 06/10/22    Entered 06/11/22 00:15:44    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 210, Tempe, AZ 85282 |
| 518212268 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2022 20:47:00 | Freedom Financial Asset Management LLC, PO Box 2340, Phoenix, AZ 85002 |
| 518174538 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2022 20:47:00 | Freedom Plus, 1875 S. Grant Street, Suite 400, San Mateo, CA 94402 |
| 518174536 | + | Email/Text: bankruptcynotices@fifsg.com | Jun 08 2022 20:48:00 | First Investors Financial, 380 Interstate North Parkway, Atlanta, GA 30339-2222 |
| 518311653 | + | Email/Text: bankruptcynotices@fifsg.com | Jun 08 2022 20:48:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 518174539 | + | EDI: CITICORP.COM | Jun 09 2022 00:43:00 | L.L. Bean Mastercard/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518380578 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:18 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518380579 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 20:49:25 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518174540 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518305125 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518307992 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518307190 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518307185 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Athleta, POB 41067, Norfolk VA 23541 |
| 518307973 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518307961 | | EDI: PRA.COM | Jun 09 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518290307 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2022 20:48:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518296158 | | EDI: Q3G.COM | Jun 09 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518174541 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2022 20:48:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518174543 | + | EDI: RMSC.COM | Jun 09 2022 00:43:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518174544 | | EDI: RMSC.COM | Jun 09 2022 00:43:00 | SYNCB/Athleta, PO Box 965036, Orlando, FL 32896-5036 |
| 518174546 | | EDI: RMSC.COM | Jun 09 2022 00:43:00 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 518251382 | + | Email/Text: bankruptcy@bbandt.com | Jun 08 2022 20:48:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518174542 | + | Email/Text: bankruptcy@lightstream.com | Jun 08 2022 20:48:00 | Suntrust Bank, d/b/a Lightstream, 303 Peachtreet Street NE, Atlanta, GA 30308-3245 |
| 518174545 | | EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |

Case 19-17290-ABA    Doc 53    Filed 06/10/22    Entered 06/11/22 00:15:44    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 43 |

| 518174547 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Syncb/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518177278 | + EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518174548 | + EDI: WFFC.COM | Jun 09 2022 00:43:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Joint Debtor Todd M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Noel M. Young andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Loss Mitigation Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Noel M. Young joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Joni L. Gray | on behalf of Joint Debtor Todd M. Young joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 43

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11